UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) Case No. 1:10-cr-158
v. )
) Chief Judge Curtis L. Collier
MICHAEL TODD SIMS )
)

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the seven-count
Indictment (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate
Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on
whether to accept the plea agreement until sentencing; and (5) Defendant has been released on bond
under appropriate conditions of release pending sentencing in this matter (Court File No. 196).
Neither party filed a timely objection to the report and recommendation. After reviewing the record,
the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court
**ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 196)
pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment

is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

Indictment; and

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)     Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter, which is scheduled to take place on **Thursday, March 8, 2012 at 9:00 a.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

*/s/*
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**